UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JESSICA EDGAR, | ) |
|     Plaintiff, | ) ) ) CASE NO. 3:23-cv-01000 |
| v. | ) ) JUDGE RICHARDSON |
| EDDIE V'S HOLDINGS, LLC, | ) ) |
|     Defendant. | ) ) |

## **ORDER**

In an unopposed motion to stay, Plaintiff provided notice that the parties desire to participate in mediation to attempt to resolve this matter, and Plaintiff requests that the case be stayed pending the outcome of that mediation. (Doc. No. 9, "Motion"). The Parties have agreed on a qualified mediator and are scheduled to mediate on February 28, 2024. The Motion is **GRANTED**, and this case is **STAYED** pending completion of mediation. The Clerk is directed to administratively close the case.

Within 10 days of the completion of mediation, the Parties shall move to reopen the case and file a joint status report addressing the results of the mediation. Alternatively, the parties may move the Court to reopen the case at any time for good cause.

IT IS SO ORDERED.

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE