> The Motion is GRANTED.
>
> *Eli Richardson*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| **JESSICA EDGAR, on behalf of herself and all similarly situated employees,** | No. 3:23-cv-01000 |
| Plaintiff, | |
| v. | COLLECTIVE ACTION |
| **EDDIE V'S HOLDINGS, LLC d/b/a EDDIE V'S PRIME SEAFOOD,** | |
| | JURY DEMAND |
| Defendant. | |
| _____/ | |

## MOTION TO REOPEN CASE AND STATUS REPORT ON MEDIATION

Under this Court's Order of November 27, 2023, [Dkt. 10], Plaintiff reports to the Court that the Parties reached a settlement to resolve Plaintiff's claims against Defendant at their mediation on February 28, 2024. Plaintiff requests that the Court reopen the case so that Plaintiff may dismiss this action with prejudice within 5 business days of Plaintiff's receipt of the settlement monies, which are due on or before March 24, 2024.

Plaintiff's counsel conferred with Defendant's in-house counsel prior to filing this motion. Defendant's in-house counsel consents to the relief sought.

Date: March 6, 2024                             Respectfully submitted,

                                                /s/ *N. Chase Teeples*
                                                Melody Fowler-Green (#023266)
                                                N. Chase Teeples (#032400)
                                                YEZBAK LAW OFFICES PLLC
                                                P.O. Box 159033
                                                Nashville, TN 37215
                                                Tel.: (615) 250-2000
                                                yezbak@yezbaklaw.com
                                                mel@yezbaklaw.com
                                                teeples@yezbaklaw.com