IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JESSICA EDGAR, ) | |
| ) | |
| Plaintiff, ) | |
| ) | NO. 3:23-cv-01000 |
| v. ) | JUDGE RICHARDSON |
| ) | |
| EDDIE V'S HOLDINGS, LLC, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## ORDER

Plaintiff has filed a notice of voluntary dismissal to dismiss this case pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. (Doc. No. 14, "Notice"). Under Fed. R. Civ. P. 41(a)(1)(A)(i), the filings of a notice of dismissal before the opposing party serves an answer or motion for summary judgment suffices to dismiss an action without any action on the part of the Court. As Defendants have not yet filed an answer or summary judgment motion, the Notice is sufficient to dismiss the case. The Notice states that the dismissal is to be with prejudice, and therefore under Rule 41(a)(1)(B), the dismissal is with prejudice.

Accordingly, the Court acknowledges that this action has been **DISMISSED WITH PREJUDICE** effective as of the time of the filing of the Notice, and the Clerk is directed to close the file. The Clerk of the Court is DIRECTED to enter final judgment under Federal Rule of Civil Procedure 58 and close the file.

IT IS SO ORDERED.

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE